U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: US v. KEVIN JAMES LYONS  Case Number: 21 CR 23

An appearance is hereby filed by the undersigned as attorney for: Kevin James Lyons

Attorney name (type or print): LAWRENCE WOLF LEVIN

Firm: LAW OFFICES OF LAWRENCE WOLF LEVIN

Street address: 214 W. OHIO ST., 5TH FLOOR

City/State/Zip: CHICAGO, ILLINOIS 60654

Bar ID Number: 1634062
(See item 3 in instructions)

Telephone Number: (312) 236-7543

Email Address: LwlWolfLaw@gmail.com

FILED
JAN 13 2021
MAGISTRATE JUDGE
GABRIEL A. FUENTES

Are you acting as lead counsel in this case? ✔ Yes ☐ No
Are you acting as local counsel in this case? ✔ Yes ☐ No
Are you a member of the court's trial bar? ✔ Yes ☐ No
If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

PRO BONO ✔

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/13/21

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015