

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                              312-435-5670
**Clerk**

## Transfer of Criminal Case

Date: 1/19/2021

Address: U.S.D.C. of Columbia

Case Title: USA v. Lyons

Northern District of Illinois Case No.: 21cr23-121    Other Court's Case No.: 21mj37

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**                                                    ☐ In    ☒ Out

☒ Order.
☒ Commitment Order.
☐ Bond Transfer.
☒ Order Setting Conditions of Release.
☒ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**    ☐ In    ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ **F.R.Cr.P. 20**  ☐ **F.R.Cr.P. 21**  ☐ In  ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

    Sincerely,
    Thomas G. Bruton, Clerk of Court

    By: /s/ J. Hollimon
        Deputy Clerk

---

TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:       Clerk, U.S. District Court
    By:
    Deputy Clerk

Revised 10/03/16